UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DAVID O. SANCHEZ, | : | |
| Petitioner, | : | Civ. No. 23-2889 (RBK) |
| v. | : | |
| WARDEN FCI FORT DIX, | : | **MEMORANDUM & ORDER** |
| Respondent. | : | |

Petitioner is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. (*See* ECF 1). Respondent filed a response in opposition to the habeas petition on July 31, 2023. (*See* ECF 5). Presently pending before this Court is Petitioner's request for an extension of time to file a reply in support of his habeas petition. (*See* ECF 7). Good cause being shown, Petitioner's request shall be granted. He may file a reply in support of his habeas petition on or before October 30, 2023.

Accordingly, IT IS on this 5th day of September, 2023,

ORDERED that Petitioner's request for an extension of time in which to file a reply in support of his habeas petition (ECF 7) is granted; and it is further

ORDERED that Petitioner may file a reply in support of his habeas petition on or before October 30, 2023, and it is further

ORDERED that the Clerk shall serve this memorandum and order on Petitioner by regular U.S. mail.

s/ Robert B. Kugler
ROBERT B. KUGLER
United States District Judge